UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 21CR02483-001-JLS |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Jennifer Escalante | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for December 17, 2021 is vacated and reset to February 11, 2022 at 11:00 a.m. .

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: __11/10/2021__

Janis L. Sammartino
U.S. District Judge

cc: all counsel of record